IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KIMBERLY K. COLEMAN, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:07-0043 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Knowles |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Kimberly K. Coleman's Supplemental Motion for Judgment on the Administrative Record ("Plaintiff's Motion") (Doc. No. 23), to which Defendant ("Defendant" or "Commissioner") filed a Response in Opposition (Doc. No. 27). Magistrate Judge Knowles issued a Report and Recommendation (Doc. No. 30) denying Plaintiff's Motion on June 16, 2008. No objections to the Report and Recommendation have been filed by the Commisioner. Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion and **REMANDS** this case for further administrative proceedings.

It is so ORDERED.

Entered this ____17th____ day of October, 2008.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT